# EXHIBIT B

# USPN 8,851,068 INFRINGEMENT CHART

**U. S. Patent Number 8,851,068 (the '068 Patent):**

| **Claim 1** | **<u>JUUL and JUUL2 Devices</u>** |
|---|---|
| **1.** A personal inhalation device comprising: | The JUUL devices are personal inhalation devices.<br>**<u>JUUL</u>**<br>For example, "JUUL is a vaporizer, also known as an electronic cigarette or e-cigarette, unlike any other…"[1]<br>• "The JUUL Device is a closed system vaporizer"[2]<br>• "an electronic cigarette"[3]<br> |

[1] https://www.juul.com/about-juul.
[2] https://www.juul.com/learn/device.
[3] RE49,114 at Abstract.

| Claim 1 | <u>JUUL and JUUL2 Devices</u> |
|---|---|
| | Numerous JUUL patents describe the Juul device as a "portable personal vaporizer device[] for generating an inhalable aerosol from one or more vaporizable products." *See*, *e.g.*, U.S. Pat. No. 11,716,789 @ 1:15-17.<br>**<u>JUUL2</u>**<br>JUUL2 is also a personal inhalation device.<br>**Model JST001W**<br><br>Top View (Rotated to show Mouthpiece Orifice)<br><br>Bottom View (Rotated to Show Mouthpiece Orifice) |
| [a] an outer ***shell*** having an orifice formed therein and containing a ***medium*** having one or more ***deliverables*** | The JUUL devices have an outer shell having an orifice formed therein and containing a medium having one or more deliverables.<br>**<u>JUUL</u>**<br>The JUUL device has an outer shell that has three sections: (1) a JUULpod mouthpiece, (2) the JUUL Device, and (3) a USB Charging Dock. |

| Claim 1 | JUUL and JUUL2 Devices |
| --- | --- |
| | <br><br><br>The JUULpod mouthpiece portion has an orifice formed therein at one end, as shown in the photographs below.<br>**MODEL JU288U8W**<br><br> |

| Claim 1 | <u>JUUL and JUUL2 Devices</u> |
|---|---|
| | <br><br>The JUULpod mouthpiece portion, as shown above, also contains a cartridge with a reservoir that contains "medium having one or more deliverables" (*i.e.*, contains a liquid, gas, or other substance having a specific deliverable (*e.g.*, nicotine) as part of the mixture.). The JUULpod mouthpiece has a "liquid reservoir [] disposed within the housing." https://www.juul.com/learn/device.<br><br>• "JUULpods are filled with a proprietary e-liquid formulation that combines 5 main ingredients: propylene glycol, glycerol, pharmaceutical grade nicotine, benzoic acid, and flavoring."[4] |

[4] https://www.juul.com/shop/devices.

| Claim 1 | **JUUL and JUUL2 Devices** |
| --- | --- |
| | • The Juul device, Juul2 device, and Juul C1 device each consist of a housing with a pod that fits into the housing.<br><br>*See also* Prochaska et al., Nicotine delivery and cigarette equivalents from vaping a JUULpod, 31 Tob Control, August 31, 2022, e88-e93.<br>"Promoted with viral social media marketing, JUUL's sleek design, ease of use, and patented nicotine salt technology enabled its quick dominance of the electronic cigarette (e-cigarette) market and unmatched speed as a start-up to reach a US$10 billion valuation (ie, decacorn status). Resembling a USB flash drive, the thin, rectangular JUUL device |

| Claim 1 | JUUL and JUUL2 Devices |
|---|---|
| | consists of an aluminium shell, a battery, a magnet (for the USB-charger), a circuit board, an LED light and a pressure sensor. The JUUL device is used with plastic disposable cartridges, called JUULpods, which contain the e-liquid that gets transformed into an inhalable aerosol. In the JUULpod is a small metal chimney housed over a tiny Nichrome coil (1.6 Ω) wrapped around a silica wick that absorbs flavoured nicotine liquid for vaporisation.1 Liquid ingredients in a JUULpod are propylene glycol, vegetable glycerin, nicotine as benzoate salt and flavours."[5]<br><br>**JUUL2**<br><br>The JUUL2 device has an outer shell that has multiple section<br><br>**Model JST001W**<br><br><br> |

[5] Prochaska et al., Nicotine delivery and cigarette equivalents from vaping a JUULpod, 31 Tob Control, August 31, 2022, e88-e93.

<table>
<tr><th>Claim 1</th><th><u>JUUL and JUUL2 Devices</u></th></tr>
<tr><td></td><td>The mouthpiece section of the JUUL2 has an orifice formed therein at one end, as shown in the photograph below.<br><br>Model JST001W<br><br><br><br><br>The JUUL2 mouthpiece portion, as shown above, also contains a cartridge with a reservoir that contains “medium having one or more deliverables” (i.e., contains a liquid, gas, or other substance having a specific deliverable (e.g., nicotine) as part of the mixture.). See photographs below.</td></tr>
</table>

<table>
<tr><th>Claim 1</th><th><u>JUUL and JUUL2 Devices</u></th></tr>
<tr><td></td><td>

**Model JST001W**




</td></tr>
<tr><td>[b] an atomizing unit disposed within said shell, whereby atomizing unit heats air flowing thereon, and the heated air atomizes said medium creating a vapor containing said deliverables when a user puffs on said orifice such that said vapor containing said deliverables is discharged through said orifice;</td><td>

The JUUL devices have "an atomizing unit disposed within said shell, whereby atomizing unit heats air flowing thereon, and the heated air atomizes said medium creating a ***vapor*** containing said deliverables when a user puffs on said orifice such that said ***vapor*** containing said deliverables is discharged through said orifice."

**<u>JUUL</u>**

The JUUL contains an atomizing unit disposed within the shell in which the unit heats air flowing thereon, and the heated air atomizes the medium creating a ***vapor*** containing the deliverables when a user puffs on the orifice such that the ***vapor*** containing the deliverables is discharged through the orifice.

</td></tr>
</table>

| Claim 1 | **JUUL and JUUL2 Devices** |
| --- | --- |
| | **MODEL JU288U8W**<br><br><br>A user may "[s]tart with light puffs to get a feel for the JUUL Device's vapor without inhaling. Give yourself time to explore what works best for you. You may find yourself inhaling or puffing a little differently with JUUL than with cigarettes."[6]<br>• "The atomizer selectively generates an aerosol of the liquid in response to suction pressure at the aerosol outlet."[7] |

[6] https://www.juul.com/shop/devices/turquoise-juul-device, "How do you use your JUUL?" dropdown.
[7] RE49,114 at Abstract.

<table>
<tr><th>Claim 1</th><th><u>JUUL and JUUL2 Devices</u></th></tr>
<tr><td></td><td>
<ul>
<li>“Created with the highest quality materials and most advanced vapor technology, JUULs designed as a satisfying alternative to smoking cigarettes.”[8]</li>
<li>“Vaping is not like smoking, you need to take a few small puffs of vapour regularly throughout the day. You should not take long drags of finish it all in one go like a cigarette—graze on it rather than binge on it.”[9]</li>
</ul>
<u>JUUL2</u>
The JUUL2 contains an atomizing unit disposed within the shell in which the unit heats air flowing thereon, and the heated air atomizes the medium creating a vapor containing the deliverables when a user puffs on the orifice such that the vapor containing the deliverables is discharged through the orifice.
The JUUL2 atomizing unit includes a custom shape mesh heater element within the heater’s housing to heat the air flow that in turn atomizes the medium.
</td></tr>
</table>

[8] JUUL website.
[9] JUUL e-cigarette user guide.

| Claim 1 | JUUL and JUUL2 Devices |
|---|---|
| |   [10] |

[10] https://www.youtube.com/watch?v=omg0OiZ2Q9I.

| Claim 1 | <u>JUUL and JUUL2 Devices</u> |
|---|---|
| [c] control electronics for controlling operation of said personal inhalation device, wherein said control electronics meter the deliverables discharged with said vapor; | The JUUL devices contain control electronics for controlling operation of the personal inhalation device, wherein the control electronics meter the deliverables discharged with the vapor.<br><br>**<u>JUUL</u>**<br><br>The photo below is from the JUUL device showing electronic circuitry (control electronics) on the circuit board (green).<br><br>**MODEL JU288U8W**<br><br><br><br>JUUL's patents indicate that the device/system<br><br>"can include circuitry configured to vary a duty cycle of a signal at the output based on a draw profile and/or a vapor profile, the draw profile characterizing duty cycle and draw strength, the vapor profile characterizing duty cycle and vapor production."[11] |

[11] US 11,716,789 at 2:66-3:3.

| Claim 1 | JUUL and JUUL2 Devices |
|---|---|
| | “The temp control feature on the newer 2019-present JUULs restrict the vapor output to a minimum. It almost feels like you get this initial burst of power, you might get some light crackling, then it levels out right away. So, while the hits are consistent, they’re consistently weaker than many of the devices out there—disposables included.”[12]<br><br>Each of these aspects indicates that the JUUL device is metering the amount of deliverable discharged using the control electronics.<br><br>**JUUL2**<br><br>The figures below are from the JUUL2 device showing electronic circuitry (control electronics) on the circuit board (green) that meter the deliverables discharged with the vapor.<br><br>**Model JST001W**<br><br><br>**Side 1**<br><br><br>**Side 2** |

[12] https://vaping360.com/reviews/juul-vapor-review/.

| Claim 1 | JUUL and JUUL2 Devices |
|---|---|
| [d] an ***input device*** providing a user interface for ***selectively*** programming said control electronics to ***change*** at least one of a plurality of ***unique operating parameters*** of the personal inhalation device; and | The JUUL devices contain an input device providing a user interface for selectively programming the control electronics to change at least one of a plurality of unique operating parameters of the personal inhalation device.<br><br>**JUUL**<br><br>As discussed in the specification, a user is able to "change" at least one unique operating parameter. For example, the user can tap the device twice to select to switch from the off mode to the on mode.[13] The user can further check the battery life by tapping the device twice gently.[14] The user can also change to the party mode by puffing on the device, waiting for the LED to turn white and then quickly waving the device around.[15]<br><br>"First, insert the JUULpod of your preference into your JUUL Device."[16]<br><br>• "party mode": puff on the device and wait for the LED to turn solid white. Wave the JUUL® e-cigarette around quickly.<br>• "Tap the device twice gently to show battery life."[17]<br><br>**JUUL2**<br><br>The JUUL2 has added features that allow the user interface via Bluetooth device input to change at least one feature. |

[13] https://www.ecigclick.co.uk/juul-starter-kit-review/.
[14] "How to set up your JUUL Device," https://www.juul.com/learn/device.
[15] https://slimvapepen.com/juul-party-mode/; https://www.youtube.com/watch?v=O89DBR62IBw.
[16] "How to use JUUL" video, https://www.juul.com/learn/device.
[17] JUUL E-cigarette User Guide.

| Claim 1 | **JUUL and JUUL2 Devices** |
| --- | --- |
| | "The JUUL2 platform has built-in Bluetooth connectivity that enables users to pair the product with the JUUL App — a mobile and web application …<br><br>• Device Lock: Adult consumers can lock a paired new device to temporarily prevent aerosol production and subsequently unlock it"[18] |
| [e] an indicator light wherein said indicator light is an ***assembly*** comprising: | The JUUL devices have an indicator light, wherein the indicator light is an assembly comprising:<br><br>**JUUL**<br><br>The JUUL device has an indicator light as shown below. The specific area identified is the translucent filled opening (light pipe) in the outer housing through which the light projects from the LED light source. |

[18] https://www.juullabsscience.com/juul2/.

<table>
<tr><th>Claim 1</th><th><u>JUUL and JUUL2 Devices</u></th></tr>
<tr><td></td><td>
MODEL JU288U8W




“The JUUL Device is a rechargeable battery unit with a light that indicates charge.”[19]

The JUUL indicator light is an assembly because it is composed of a variety of parts. Specifically, as further discussed below, the indicator light assembly includes: (a) a translucent base member, which includes a socket; (b) a translucent lens member, which includes a body portion; (c) first connector; (d) a second connector; (e) a tip member; and (d) a light source.
</td></tr>
</table>

[19] “How to set up your JUUL Device,” https://www.juul.com/learn/device.

| Claim 1 | <u>**JUUL and JUUL2 Devices**</u> |
|---|---|
| | **MODEL JU288U8W**<br><br>LED<br>**(light box)**<br><br><u>**JUUL2**</u><br>The JUUL2 device has an indicator light as shown below. The specific area identified is the translucent filled opening (lens, light pipe) in the outer housing through which the light projects from the LED light source.<br>**Model JST001W**<br> |

<table>
<tr><th>Claim 1</th><th><u>JUUL and JUUL2 Devices</u></th></tr>
<tr><td></td><td>The JUUL2 indicator light is an assembly because it is composed of a variety of parts. Specifically, as further discussed below, the indicator light assembly includes: (a) a translucent base member, which includes a socket; (b) a translucent lens member, which includes a body portion; (c) first connector; (d) a second connector; (e) a tip member; and (d) a light source.<br><br>LED<br>(light box)</td></tr>
<tr><td>[e.1] a translucent base member mounted in one end of said outer shell,</td><td>The JUUL devices have a translucent base member portion of the indicator light assembly mounted in one end of the outer shell.<br><u>JUUL</u><br>As shown below, the JUUL LED package (light box) is the translucent base member portion mounted on the circuit board (green) in one end of the outer shell of the JUUL device.</td></tr>
</table>

| Claim 1 | JUUL and JUUL2 Devices |
|---|---|
| | **MODEL JU288U8W**   |

| Claim 1 | **JUUL and JUUL2 Devices** |
|---|---|
| | <br><br><br>**JUUL2**<br>As shown below, the JUUL2 LED package (light box) is the translucent base member portion mounted on the circuit board (green) in one end of the outer shell of the JUUL2 device. For the JUUL2 device, four (4) such LED packages are present. |

| Claim 1 | JUUL and JUUL2 Devices |
| --- | --- |
| | **Model JST001W**   |

| Claim 1 | JUUL and JUUL2 Devices |
| --- | --- |
| |  |
| [e.2] said base member having a ***socket*** formed therein, | The translucent base member portion of the JUUL devices light assembly has a socket formed therein.<br>**JUUL**<br>As shown below, the JUUL LED package (light box) base member mounted to the circuit board (green) has an opening (socket) in which the transluscent material resides. |

| | |
|---|---|
| | **MODEL JU288U8W**   |

| Claim 1 | JUUL and JUUL2 Devices |
|---|---|
| | **JUUL2**<br>As shown below, the JUUL2 LED package (light box) base member mounted to the circuit board (green) has a socket in which the transluscent material resides. The translucent material used to fill the opening (socket) further envelops the light box package in each package corner and creates a translucent "cap" above the package.<br>**Model JST001W**<br><br> |

| Claim 1 | **<u>JUUL and JUUL2 Devices</u>** |
|---|---|
| |     |

| Claim 1 | <u>JUUL and JUUL2 Devices</u> |
|---|---|
| [e.3] a ***translucent lens member*** having a body portion ***defining*** an outer surface, | The JUUL devices light assembly includes a lens permitting the passage of light and has a body portion defining an outer surface.<br>**<u>JUUL</u>**<br>Referring to the photos below, the JUUL "lens member" is translucent and has a body portion that defines an outer surface.<br>**MODEL JU288U8W**<br><br><br>The LED light projection through the lens member to the exterior occurs through the opening in the outer shell of the JUUL device as shown below. |

<table>
<tr><th>Claim 1</th><th><u>JUUL and JUUL2 Devices</u></th></tr>
<tr><td></td><td>

**MODEL JU288U8W**




**<u>JUUL2</u>**

Referring to the photos below, the JUUL2 "lens member" is translucent and has a body portion that defines an outer surface.

</td></tr>
</table>

| Claim 1 | JUUL and JUUL2 Devices |
|---|---|
| | **Model JST001W**   **external view of opening in outer shell filled with translucent lens material** |

| **Claim 1** | **JUUL and JUUL2 Devices** |
|---|---|
| | The following photo shows the same translucent lens material as viewed from inside of the outer shell. Note the diffraction patterns generated from the incident light. The surrounding wall in which the lens is positioned is the body portion that defines an outer surface.<br><br>**Model JST001W**<br><br><br>**internal view of opening in outer shell filled with translucent lens material** |

<table>
<tr><th>Claim 1</th><th><u>JUUL and JUUL2 Devices</u></th></tr>
<tr><td>[e.4] first connector extending from one end of said body portion,</td><td>The JUUL devices include a "first connector" extending from one end of the body portion of the lens member.

<u>JUUL</u>

Referring to the photos below, a first connector extends from one end of the body portion.




<u>JUUL2</u>

Referring to the photos below, a first connector extends from one end of the body portion. The lens member body in the photo includes the opaque/translucent center portion and the region surrounding the opaque/translucent center, structurally forming the cylindrical wall that contains the center portion material. Extending from the bottom of that structure is the first connector, which is shown as a lower surface of the lens member.</td></tr>
</table>

<table>
<tr><th>Claim 1</th><th><u>JUUL and JUUL2 Devices</u></th></tr>
<tr><td></td><td>

**Model JST001W**







</td></tr>
</table>

<table>
<tr><th>Claim 1</th><th><u>JUUL and JUUL2 Devices</u></th></tr>
<tr><td>[e.5] a second connector extending from another end of said body portion, said first connector being inserted into said socket,</td><td>The JUUL devices include a “second connector” extending from another end of said body portion. The “first connector” is “inserted” into the socket.<br><br><u>JUUL</u><br><br>The photo below shows the JUUL second connector that extends from another end of the body portion.<br><br>MODEL JU288U8W<br><br><br><br><br>The first connector (above photo) sits atop the base member socket and receives the light emitted by the LED via the socket.</td></tr>
</table>

| Claim 1 | JUUL and JUUL2 Devices |
|---|---|
| | <br>**JUUL2**<br>The photo below shows the JUUL2 second connector that extends from another end of the body portion. In this view, the second connector is the portion of the cylindrical walls part of the body portion of the lens member which connects with the outer housing and the metal slide insert. |

<table>
<tr><th>Claim 1</th><th><u>JUUL and JUUL2 Devices</u></th></tr>
<tr><td></td><td>

**Model JST001W**




The first connector sits atop the base member socket and receives the light emitted by the LED via the socket.

</td></tr>
</table>

| Claim 1 | JUUL and JUUL2 Devices |
|---|---|
| |  |

| **Claim 1** | **<u>JUUL and JUUL2 Devices</u>** |
|---|---|
| | |
| [e.6] a ***tip member mounted on*** said second connector, and | The JUUL devices include a "tip member" mounted on the second connector.<br>**<u>JUUL</u>**<br>The "tip member" of the JUUL device is the black plastic insert holder that is shown mounted on the second connector (described above). |

| Claim 1 | JUUL and JUUL2 Devices |
|---|---|
| | **MODEL JU288U8W**<br><br> |

| Claim 1 | JUUL and JUUL2 Devices |
|---|---|
| | **JUUL2**<br>The "tip member" of the JUUL2 device is the metal insert holder that slides into the outer housing and presses against the inner surface of the outer housing. The far end of the tip member is a cap housing wireless communication circuitry.<br>**Model JST001W**<br><br><br>tip member |

| Claim 1 | JUUL and JUUL2 Devices |
|---|---|
| | |
| [e.7] a light source mounted on said base member, said light source illuminating said outer surface of said body portion when activated; and | The JUUL devices have a light source mounted on the base member.<br>**JUUL**<br>As shown below, the LEDs within the packaged structure are each a light source mounted to the base member conductive leadframe part of the light box via the elbow shaped conductive metal pad to which the LEDs are physically attached.<br>**MODEL JU288U8W**<br><br><br>The SEM below shows the Ag (silver) filled epoxy paste that is used to mount the larger, square LED to the conductive paddle that connects electrically to PIN 1 of the LED package. |

| Claim 1 | JUUL and JUUL2 Devices |
|---|---|
| | **MODEL JU288U8W**<br><br><br>The light source illuminates the outer surface (*i.e.*, the upper surface of the lens member) of the lens body portion.<br><br>**JUUL2**<br>As shown below, the LEDs are light sources mounted to the base member circuit board via the elbow shaped conductive metal pad to which the LEDs are physically attached. The area within each LED module that has a slight orange appearance is the LED chip that is the claimed light source. |

| Claim 1 | <u>JUUL and JUUL2 Devices</u> |
|---|---|
| | **Model JST001W**<br><br> |
| [f] wherein the input device comprises at least one device selected from the group consisting of [1] a ***pin*** configured to define at least one of the unique operating parameters, and [2] a pressure transducer triggered by a sequence of activities selected from the group consisting of i] a plurality of inhalations, [ii] a plurality of exhalations, [iii] a combination thereof, [iv] a plurality of tappings on the personal inhalation device, and [v] a plurality of tappings of the personal inhalation device against a surface, the pressure transducer configured to ***define*** at least one of the unique | The JUUL devices have at least one input device selected from the list consisting of (1) a pin and (2) a pressure transducer.<br>**<u>JUUL</u>**<br>The device uses input pins (shown below) in combination with pads on the cartridges, also shown below.<br>**MODEL JU288U8W**<br> |

| Claim 1 | JUUL and JUUL2 Devices |
| --- | --- |
| operating parameters. | The JUUL device also uses a pressure transducer that can be triggered by at least a plurality of tappings.<br>• Tap it twice to wake it up.[20]<br>• "party mode": puff on the device and wait for the LED to turn solid white. Wave the JUUL® e-cigarette around quickly.[21]<br>• "Tap the device twice gently to show battery life."[22]<br>The pressure transducer is configured to define at least three of the unique operating parameters (i) waking the device up, (ii) party mode, and (iii) "battery life."<br>**JUUL2**<br>See above discussion related to the JUUL product. |

[20] https://www.ecigclick.co.uk/juul-starter-kit-review/.
[21] https://slimvapepen.com/juul-party-mode/.
[22] JUUL E-cigarette User Guide.

**U. S. Patent Number 8,851,068 (the '068 Patent):**

| **Claim 3** | **JUUL and JUUL2 Devices** |
|---|---|
| **3.** The personal inhalation device of claim 1 wherein said light source is a bi-directional light-emitting diode. | Based on best information and belief, both Juul and JUUL2 have an LED (light-emitting diode) as the light source. It is believed that JUUL and JUUL2 incorporate bi-directional LEDs. |

**U. S. Patent Number 8,851,068 (the '068 Patent):**

| **Claim 6** | **JUUL and JUUL2 Devices** |
|---|---|
| **6.** The personal inhalation device of claim 1 further comprising a display for outputting information about said personal inhalation device. | Both the JUUL and JUUL2 have a display that provides information about the personal inhalation device.<br>• "When you hear a *click* and the light flashes white, your JUUL Device is ready to use."[23]<br>• "No buttons or switches needed. To check battery life, tap the device twice gently. A green light means your JUUL Device has more than 50% charge, a yellow light, 25-50% charge, and red light, under 25% charge."[24] |

[23] "How to set up your JUUL Device," https://www.juul.com/learn/device.
[24] *Id*.

**U. S. Patent Number 8,851,068 (the '068 Patent):**

| **Claim 7** | **JUUL and JUUL2 Devices** |
|---|---|
| **7.** The personal inhalation device of claim 1 further comprising an audio signal device for outputting information about said personal inhalation device. | Based on best information and belief, both the JUUL and JUUL2 have an audio signal device.<br>"When a pod is inserted, the device looks for a chip to read, assuming the proper information is passed and the pod is authenticated, the device will produce vapor. In the event the pod is not authenticated, the device will notify the user through LEDs/sounds, and will not produce vapor."[25] |

[25] https://www.juullabsscience.com/juul2/#:~:text=Juul%20Labs%27%20JUUL2%20Platform%20%C2%B7%20A%20more,A%20Bluetooth%2Denabled%20device%20with%20a%20larger%2C%20long%2D.

**U. S. Patent Number 8,851,068 (the '068 Patent):**

| **Claim 8** | **JUUL and JUUL2 Devices** |
|---|---|
| **8.** The personal inhalation device of claim 1 wherein said control electronics are programmed to retain operation information and further comprising means for downloading said operation information. | Based on best information and belief, certain models of the JUUL and JUUL2 retain operation information and are able to download that operation information.<br><br>• "The Juul C1, as it's called, is a Bluetooth-enabled device that allows its user to do things like monitor their pull count, lock the device, and locate the device if it's missing—all through a paired mobile app. The device launched through a pilot program in the UK this week following a rollout in Canada. But the app requires users to jump through a number of privacy hoops before they're able to use it."[26]<br>• "Still, the company collects a breathtaking amount of data on users with a Juul C1 device. That information includes a user's phone number (used as part of its authentication process), date of birth, national identification number, and of course, information related to their vape habit."[27]<br>• "Home Screen: Adult consumers can see information about their device (e.g., battery level) and pod (e.g., e-liquid volume level) as inserted"[28] "Usage Insights: Adult consumers can see real-time product |

[26] https://gizmodo.com/juuls-new-e-cig-sure-is-collecting-a-dumb-amount-of-dat-1836971857.
[27] https://gizmodo.com/juuls-new-e-cig-sure-is-collecting-a-dumb-amount-of-dat-1836971857.
[28]https://www.juullabsscience.com/juul2/#:~:text=Juul%20Labs%27%20JUUL2%20Platform%20%C2%B7%20A%20more,A%20Bluetooth%2Denabled%20device%20with%20a%20larger%2C%20long%2D.

| **Claim 8** | **JUUL and JUUL2 Devices** |
|---|---|
| | information and usage insights to support adult smokers' switching journey"[29] |

[29]https://www.juullabsscience.com/juul2/#:~:text=Juul%20Labs%27%20JUUL2%20Platform%20%C2%B7%20A%20more,A%20Bluetooth%2Denabled%20device%20with%20a%20larger%2C%20long%2D.

**U. S. Patent Number 8,851,068 (the '068 Patent):**

| **Claim 9** | **JUUL and JUUL2 Devices** |
|---|---|
| **9.** The personal inhalation device of claim 1 wherein the operating parameters comprise at least one of a maximum amount of deliverables discharged during a single puff, a maximum amount of deliverable doses discharged during a set period of time and a combination thereof | Based on best information and belief, both the JUUL and JUUL2 establish operating parameters that define draw profiles and vapor production.<br>• "The system can include circuitry configured to vary a duty cycle of a signal at the output based on a draw profile and/or a vapor profile, the draw profile characterizing duty cycle and draw strength, the vapor profile characterizing duty cycle and vapor production."[30] |

[30] US 11,716,789 at 2:66- 3:3.

**U. S. Patent Number 8,851,068 (the '068 Patent):**

| **Claim 10** | **JUUL and JUUL2 Devices** |
|---|---|
| **10.** The personal inhalation device of claim 1 wherein said control electronics control the maximum amount of deliverables discharged during a single puff. | Based on best information and belief, both the JUUL and JUUL2 control the maximum amount of deliverables.<br>• "In any of the preceding aspects of the inventive method, one skilled in the art will recognize after reading this disclosure that this method may be modified in a way such that any one, or each of these openings or vents could be configured to have a different combination or variation of mechanisms or electronics as described to control airflow, pressure and temperature of the vapor created and aerosol being generated by these device configurations, including a manually operated opening or vent with or without a valve."[31]<br>• "JUUL Labs reports each 5% (nicotine-by-weight) cartridge contains approximately 40 mg nicotine per pod and is 'approximately equivalent to about 1 pack of cigarettes.'"[32] |

[31] US10,076,139, at Detailed Description.

[32] Prochaska et al., Nicotine delivery and cigarette equivalents from vaping a JUULpod, 31 Tob Control, August 31, 2022, e88-e93.

**U. S. Patent Number 8,851,068 (the '068 Patent):**

| **Claim 11** | **JUUL and JUUL2 Devices** |
|---|---|
| **11.** The personal inhalation device of claim 10 wherein said control electronics control the maximum amount of deliverables discharged during a single puff by controlling the on-time of said atomizing unit. | Based on best information and belief, both the JUUL and JUUL2, limitation 11 is met.<br>• "In any of the preceding aspects of the inventive method, one skilled in the art will recognize after reading this disclosure that this method may be modified in a way such that any one, or each of these openings or vents could be configured to have a different combination or variation of mechanisms or electronics as described to control airflow, pressure and temperature of the vapor created and aerosol being generated by these device configurations, including a manually operated opening or vent with or without a valve."[33] |

[33] US10,076,139, at Detailed Description.

**U. S. Patent Number 8,851,068 (the '068 Patent):**

| **Claim 12** | **JUUL and JUUL2 Devices** |
|---|---|
| **12.** The personal inhalation device of claim 10 wherein said control electronics control the maximum amount of deliverables discharged during a single puff based on temperature in said atomizing unit. | Based on best information and belief, both the JUUL and JUUL2 practice claim 12.<br>• "Juul regulated temperature controls prevent overheating of e-liquid and ensure an optimal draw every time."[34]<br>• "The device may further comprise a temperature regulator in communication with a temperature sensor."[35]<br>• "In an aspect of the invention, a method for generating an inhalable aerosol, the method comprising: providing a vaporization device, wherein said device produces a vapor comprising particle diameters of average mass of about 1 micron or less, wherein said vapor is formed by heating a vapor forming medium in an oven chamber to a first temperature below the pyrolytic temperature of said vapor forming medium, and cooling said vapor in a condensation chamber to a second temperature below the first temperature, before exiting an aerosol outlet of said device."[36]<br>• "One or more aspects of the vaporization device may be designed and/or controlled in order to deliver a vapor with one or more specified properties to the user. For example, aspects of the vaporization device that may be designed and/or controlled to deliver the vapor with specified properties may comprise the heating temperature, heating mechanism, device |

[34] "How to use JUUL" video, https://www.juul.com/learn/device.
[35] US Patent No. 10264823, Background/Summary, 5.
[36] US Patent No. 10264823, Summary, 13.

| **Claim 12** | **JUUL and JUUL2 Devices** |
| --- | --- |
| | air inlets, internal volume of the device, and/or composition of the material."[37] |

[37] US Patent No. 10264823 at Detailed Description, 28.

**U. S. Patent Number 8,851,068 (the '068 Patent):**

| **Claim 13** | **JUUL and JUUL2 Devices** |
| --- | --- |
| **13.** The personal inhalation device of claim 10 wherein the input device provides a user interface for selectively programming said control electronics to change the maximum amount of deliverables discharged during a single puff. | Based on best information and belief, the JUUL2 practices claim 13.<br><br>"One or more aspects of the vaporization device may be designed and/or controlled in order to deliver a vapor with one or more specified properties to the user. For example, aspects of the vaporization device that may be designed and/or controlled to deliver the vapor with specified properties may comprise the heating temperature, heating mechanism, device air inlets, internal volume of the device, and/or composition of the material."[38] |

[38] US Patent No. 10,701,975 at 10:45-50.